# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Loren L. Forrest Jr.
+1 212-513-3370
Loren.Forrest@hklaw.com


March 23, 2018

The Honorable Alison J. Nathan, United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

>   Re:   *Chavez v. Fusion Physical Therapy and Sports, P.C. et al.*
>         No. 17-cv-08882
>         **Notice of Settlement and Joint Request to Cancel Initial Conference**

Dear Judge Nathan,

On behalf of defendants Fusion Physical Therapy and Sports, P.C. ("Fusion") and Carolyn Sue Mazur (together, "Defendants") in the above-referenced action, and with the full consent of counsel for the Plaintiff, Nina Chavez, Defendants and Plaintiff ("the Parties") write to inform the court that the Parties have reached a mutually agreeable settlement.

Accordingly, the Parties request that the Court remove this case from its active docket and cancel the April 20, 2018 Initial Conference Date. The Parties expect to submit a *Cheeks* compliant settlement agreement to the Court within the next two (2)weeks, and will submit a stipulation of dismissal following court approval of the settlement.

Sincerely yours,

HOLLAND & KNIGHT LLP

/s Loren L. Forrest, Jr.

Loren L. Forrest, Jr.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Lakeland | Los Angeles | Miami | New York | Orlando | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Bogotá | London | Mexico City
#55988892_v2